UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20701-CIV-ALTONAGA/Reid

**JOSHUA HOLT**, *et al.*,

    Plaintiffs,
v.

**NICOLAS MADURO MOROS**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court upon review of Plaintiffs' Complaint [ECF No. 1], filed on February 22, 2024 against several Venezuelan Defendants. (*See id.* ¶¶ 27–28, 31–35). Venezuela is a party to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters. *See* Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial documents in Civil or Commercial Matters: Status Table, HCCH (2023), https://www.hcch.net/en/instruments/conventions/status-table/?cid=17. Service under the Hague Convention may take anywhere from six to eight months, or more. *See In GLG Life Tech Corp. Sec. Litig.*, 287 F.R.D. 262, 266 (S.D.N.Y. 2012) (noting court's concern the length of time required for service under the Hague Convention, six to eight months, could unnecessarily delay the case (citations omitted)).

Consequently, and under the Court's inherent power to manage its docket to ensure the orderly progress of the case, *see, e.g.*, *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for

litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." (alteration added; citations omitted)), it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is instructed to mark the case as **CLOSED** for administrative purposes only.

2. The Court retains jurisdiction, and when Plaintiffs file proofs of service on all Defendants, the Court will reopen the case on motion by Plaintiffs. This Order shall not prejudice the rights of the parties to this litigation.

3. Plaintiffs are instructed to submit, every sixty days (60) days from the date of this Order, status reports advising of the status of service upon the foreign Defendants.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of February, 2024.

*[signature]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record