UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20701-CIV-ALTONAGA/Reid

**JOSHUA HOLT**; *et al.*,

    Plaintiffs,
v.

**NICOLAS MADURO MOROS**, *et al.*,

    Defendants.
_____/

# ORDER

THIS CAUSE came before the Court on Plaintiffs' Motion for An Order Directing Service by the U.S. Marshal's Service [ECF No. 15]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Clerk is directed to sign and issue the Summons of the Cartel of the Suns, which appears at [ECF No. 15-1].

2. Pursuant to Federal Rule of Civil Procedure 4(c)(3), the U.S. Marshals Service is directed to serve the Summons of the Cartel of the Suns and Complaint [ECF. No. 1] on Cliver Antonio Alcala Cordones, who is presently in the custody of the U.S. Marshals Service or the Federal Bureau of Prisons.

3. In light of security concerns, the U.S. Marshals Service may redact or omit from the Form 285 (Proof of Service) the location at which the U.S. Marshals Service served Alcala Cordones.

4. No later than **10 days** after service, the U.S. Marshals Service must return a completed Form USM-285 to Plaintiffs' counsel or file the completed Form USM-285 on the

docket in this action (except the completed form need not include the location at which the U.S. Marshals Service served Alcala Cordones).

**DONE AND ORDERED** in Miami, Florida, this 6th day of May, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record