IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:24-cv-20701-CMA

JOSHUA HOLT; THAMARA B. HOLT;
DEREK HOLT; ANTHONY B. JASON HOLT;
KATIE JILL HOLT; JENNA LEE NEMETH,
M.L. a minor, and N.C. a minor; and DEREK HOLT,
in his personal capacity, and as executor for Laurie Holt,

    Plaintiffs,

vs.

NICOLAS MADURO MOROS; THE CARTEL
OF THE SUNS A.K.A. CARTEL DE LOS SOLES;
VLADIMIR PADRINO LOPEZ; MAIKEL JOSE
MORENO PEREZ; NESTOR LUIS REVEROL
TORRES; TAREK WILLIAM SAAB; JORGE
JESUS RODRIGUEZ GOMEZ; DIOSDADO
CABELLO RONDÓN; and ALEX SAAB MORAN,

    Defendants.
_____/

## PLAINTIFFS' STATUS REPORT ON SERVICE ON THE DEFENDANTS

In accord with the Court's February 23, 2024 order (ECF No. 8) and June 25, 2024 order (ECF No. 25), Plaintiffs respectfully submit this status report on the status of service on the Defendants. As discussed below, Plaintiffs recently completed service on all Defendants.

### RELEVANT PROCEDURAL HISTORY

This action was filed on February 22, 2024. The next day, the Court entered an Order (ECF No. 8) noting the Court's concern that "[s]ervice under the Hague Convention may take anywhere from six to eight months, or more," and consequently administratively closing the case. The February 23, 2024 order also directed Plaintiffs to submit a status report every 60 days "advising

of the status of service upon the foreign Defendants" until service is complete. *Id.* at 2. The Court reaffirmed this directive in its June 25, 2024 order (ECF No. 25).

On June 27, 2024, Plaintiffs filed a status report indicating that it had served five of the eight individual Defendants (Nicolas Maduro Moros, Vladimir Padrino Lopez, Tarek William Saab, Jorge Jesus Rodriguez Gomez, and Diosdado Cabello Rondón) and that the U.S. Marshal had informed Plaintiffs that it had served Defendant Cartel of the Suns. ECF No. 26. The next status report was to be filed on or before August 26, 2024.

Plaintiffs have now served the remaining three individual Defendants. On July 29, 2024, Plaintiffs served Defendants Maikel Jose Moreno Perez and Nestor Luis Reverol Torres through the alternative means directed in the Court's April 26 order (ECF No. 14) permitting alternative service. ECF No. 29 (Declaration of Alex Lakatos). And on August 1, 2024, Plaintiffs likewise served Alex Saab Moran through those alternative means. ECF No. 36 (Affidavit of Alex Lakatos).

## CONCLUSION

Plaintiffs have completed service on all Defendants.

| | |
|---|---|
| Respectfully submitted on<br>August 23, 2024. | */s/ Jaime D. Guttman*<br>Jaime D. Guttman<br>Fla. Bar No. 44076<br>*jaime@scale.law*<br>Scale Law Partners, LLC<br>777 Brickell Avenue, Suite 500<br>Miami, FL 33131<br>(786) 273-9033 (Main)<br><br>*/s/ Alex C. Lakatos*<br>Alex C. Lakatos (*pro hac vice*)<br>alakatos@mayerbrown.com<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3000 (Main)<br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I certify that on August 23, 2024, I filed this paper through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*